■ JANICE MAZELLA, as Administratrix of the Estate of JOSEPH MAZELLA, Deceased, Appellant, v WILLIAM BEALS, M.D.,

Defendant, and ELISABETH MASHINIC, M.D., Respondent. (Appeal No. 1.) [997 NYS2d 653]—Appeal from a judgment of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered April 29, 2013. The judgment, insofar as appealed from, dismissed the complaint against defendant Elisabeth Mashinic, M.D., upon a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Centra, Fahey and Lindley, JJ.